**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NATHANIAL MADANICK,**

          **Plaintiff,**

**v.**                                **Case No: 6:21-cv-377-PGB-DCI**

**AVANTEUSA, LTD., CF**
**MEDICAL, LLC and JOHN**
**DOES 1-25,**

          **Defendants.**

_____/

## ORDER

This cause comes before the Court on the parties' Joint Stipulation of Dismissal (Doc. 16). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on June 29, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record